MIE (Rev. 9/09) Order Re: Disqualification of Judge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Phyllis Magness

                    Plaintiff(s),                    Case No. 14-11754

v.                                                Honorable Bernard A. Friedman

JP Morgan Chase Bank

                    Defendant(s).
_____/

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: May 2, 2014                                    s/Bernard A. Friedman
                                                                  Bernard A. Friedman
                                                                   U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge David M. Lawson.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: May 2, 2014                                    s/ S Schoenherr
                                                                      Deputy Clerk